UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL MATTHEWS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-2784** |
| **TIM WILKINSON** | **SECTION "E" (6)** |

### ORDER

**IT IS HEREBY ORDERED** that the automatic referral to the Magistrate Judge of the captioned petition for habeas corpus relief filed pursuant to Title 28 U.S.C. § 2254 is hereby **REVOKED**.

**IT IS FURTHER ORDERED** that the Clerk of Court **REMOVE** the Magistrate Judge as the referral officer on the electronic docket sheet.

New Orleans, Louisiana, this __14th__ day of _____October_____, 2008.

_____
**MARCEL LIVAUDAIS, JR.**
**UNITED STATES DISTRICT JUDGE**