UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL MATTHEWS #325012                          CIVIL ACTION

versus                                             NO. 06-2784

TIM WILKINSON, WARDEN                              SECTION: E/6

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

○ A certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s): _____

_____

_____

_____.

☑ A certificate of appealability shall not be issued for the following reason(s): For the reasons stated in this Court's Memorandum and Order (R.D. 13) and Judgment (R.D. 14).

New Orleans, Louisiana, this 30th day of December, 2008.

_____
MARCEL LIVAUDAIS, JR.
Senior United States District Judge